Nancy Curry, Chapter 13 Standing Trustee
606 S. Olive Street, Suite 950, Los Angeles, CA 90014
213) 689-3014  FAX (213) 689-3055, Email Trustee13LA@aol.com

<table>
<tr><td colspan="2" align="center">UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION</td></tr>
<tr><td>In re:<br><br>VERGARA, JAVIER<br><br><br><br><br>Debtor</td><td>CHAPTER 13<br><br>CASE NO. 2:10-bk-59774-VZ<br><br>TRUSTEE'S OBJECTION TO CONFIRMATION<br>0% PLAN; DECLARATION; NOTICE OF<br>POSSIBLE DISMISSAL OR CONVERSION<br><br>DATE/TIME: October 17, 2011 09:00 AM<br>Courtroom 1368<br>255 East Temple Street<br>Los Angeles, CA 90012</td></tr>
</table>

The Trustee objects to confirmation of the plan because all requirements for confirmation as set forth in Title II of the United States Code and the Rules have not been met.

The Trustee requests, should all requirements not be met, that confirmation of the plan be denied, the case be dismissed or converted to Chapter 7 and for such other relief as the Court may deem appropriate.

**THE FAILURE OF THE DEBTOR (OR THE ATTORNEY FOR THE DEBTOR) TO APPEAR AT THE CONFIRMATION HEARING, OR TO FULLY COMPLY WITH ALL REQUIREMENTS FOR PLAN CONFIRMATION, MAY RESULT IN DISMISSAL OR CONVERSION OF THE CASE.**

**All required documentation should be delivered to the Trustee no later than 14 days before the above scheduled hearing date.**

DATED: January 5, 2011                                                    /s/ Nancy Curry


**I, Nancy Curry, declare as follows:**

1.  I am the Trustee in this matter, VERGARA, JAVIER , LA 2:10-bk-59774-VZ, and I have personal knowledge of files and records kept by my office in the regular course of business. I have personally reviewed the files and records kept by my office in the within case. The following facts are true and correct and within my own personal knowledge and I could and would testify competently thereto if called upon to do so.

2.  I object to confirmation of the proposed plan because of the specific deficiencies which are set forth in the attached exhibit which is incorporated herein by reference. All of these deficiencies existed prior to or at the time of the II USC §341(a) meeting held in this matter.

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed at Los Angeles, California on January 5, 2011.          /s/Nancy Curry

# EXHIBIT

If the Debtor fails to produce the requested documents and fails to resolve the issues set forth in this objection to confirmation, the Trustee will recommend dismissal or conversion of the case for cause and unreasonable delay that is prejudicial to creditors. See 11 U.S.C. §§1307(c) and 1307(c)(1).

*Other issues may arise at or before confirmation requiring additional action or information by the debtor and counsel.*

## Payments are not current

Declaration attesting that all deed of trust (mortgage) payments are current has not been filed, LBR 3015-1(m).

## Failure to Disclose

The Debtor has failed to disclose [11 USC §521(a)(1)]

| 1. | Income   non-filing spouse's income not fully disclosed. |
|----|----------------------------------------------------------|
| 2. | Debts   a claim secured the debtor's residential property (Aurora Loan $600,000) |

## Plan Service and Notice

A plan has not been served. The Debtor has failed to file and serve the notice of §341(a) meeting and confirmation hearing. [FRBP 7004 and LBR 3015-1(b)(3)]

## The Plan

No plan payment, the plan term or the Class-5 percentage is provided.

## Income

The Debtor is requested to provide complete copies of Federal and State Income Tax Returns, including W-2s, 1099s or other supporting documentation for 2009 and 2010 [11 USC §521(e)(2), LBR 3015-1(c)(3)].

The Debtor has failed to timely provide payment advices (documentation) to prove income received during the sixty days preceding the date of the petition [11 USC §521(a)(1), LBR 3015-1(c)(3)].

The Debtor is requested to provide documentation to support the assertion of rental income ($1,000/mo) and is requested to provide more definitive documentation than merely a rental agreement or rental receipts.

Te Obj (2.17.10)

## Miscellaneous

The Debtor has a duty to cooperate with the Trustee. See 11 USC §521(3) and FRBP 4002(4).

The Debtor has the burden of proof for plan confirmation. See In re: *Huerta* 137 BR 356, 365 (Bkrtcy. C.D.Cal., 1992), In re: *Wolff* 22 B.R. 510, 512 (9th Cir. BAP (Cal.) 1982), In re *Hill* 268 B.R. 548, 552 (9th Cir. BAP (Cal.), 2001).

# PROOF OF SERVICE OF DOCUMENT

**In Re: VERGARA, JAVIER**
**Case No. LA 2:10-bk-59774-VZ**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

> NANCY CURRY, CHAPTER 13 TRUSTEE
> 606 S. OLIVE STREET, SUITE 950
> LOS ANGELES, CA  90014

The foregoing document described as **TRUSTEE'S OBJECTION TO CONFIRMATION; DECLARATION, NOTICE OF POSSIBLE DISMISSAL OR CONVERSION** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rules(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On January 5, 2011, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):  On January 5, 2011, I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Debtor
VERGARA, JAVIER
3204 PASADENA AVE
LOS ANGELES, CA 90031

Attorney for Debtor
IN PRO PER

,   -

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served):  Pursuant to F.R. Civ.P.5 and/or controlling LBR, on January 5, 2011 I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and /or email as follows.  Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| January 5, 2011 | Omar Flores | /s/ Omar Flores |
|---|---|---|
| Date | Type Name | Signature |